UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. BENEDITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE MOUNT SINAI HOSPITAL,<br><br>　　　　　Defendant. | Case No. 17-cv-05124-JST<br><br>**ORDER DISMISSING CASE**<br>Re: ECF No. 28 |

In its January 31, 2018 order dismissing all claims against Defendant, the Court instructed that Peter C. Benedith "may file an amended complaint within 21 days of this order that addresses the deficiencies identified herein. If he does not file an amended complaint, the Court will assume that Benedith is not continuing to prosecute his case and will dismiss it with prejudice." ECF No. 28 at 4. Benedith has not filed an amended complaint within 21 days of the issuance of that order. The case is accordingly dismissed with prejudice. The clerk shall enter judgment.

**IT IS SO ORDERED.**

Dated: February 23, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge